*General Olney, Beatrice Rosenberg* and *Isabelle Cappello* for the United States. 

No. 85, Misc. VOLA *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 87, Misc. VAN PELT *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 88, Misc. ROUZER *v.* CLAUDY, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 90, Misc. LAVERA *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 92, Misc. LABOSTRIE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 93, Misc. PENNSYLVANIA EX REL. LANE *v.* BALDI, SUPERINTENDENT, PHILADELPHIA COUNTY PRISON. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Robert E. Redding* for petitioner. 

No. 94, Misc. MILANO *v.* NEW YORK. Appellate Division of the Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 95, Misc. MARKS *v.* RANDOLPH, WARDEN. Circuit Court of St. Clair County, Illinois. Certiorari denied.

No. 97, Misc. HOOPER *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 98, Misc. SMITH *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.